**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

| | |
|---|---|
| FRED L. MCDOWELL, <br><br> Plaintiff, <br><br> v. <br><br> RAYTHEON COMPANY <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> )   CASE NO. 3:23-cv-00599-GNS-RSE <br> ) <br> ) <br> ) <br> ) <br> ) |

### AGREED ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff, FRED L. McDOWELL, and Defendant, RAYTHEON COMPANY, by their attorneys and pursuant to Fed. R. Civ. P. 41(a)(1), hereby jointly stipulate to the dismissal with prejudice of all of Plaintiff's claims against Raytheon in their entirety. The parties further stipulate that this dismissal shall operate as an adjudication on the merits as to all of Plaintiff's claims against Raytheon. Each party shall bear his or its own attorney's fees and costs.

[Signatures on Following Page]

Respectfully and jointly submitted,

FRED L. McDOWELL

By: *s/ Samuel R. Nicholson (w/ permission)*

Samuel R. Nicholson
SAM NICHOLSON LAW OFFICE, PLLC
6013 Brownsboro Park Blvd., Suite B
Louisville, Kentucky 40207
Telephone: (502) 296-4745
Email: sam@nichfirm.com

Attorney for Plaintiff

RAYTHEON COMPANY

By: *s/ Thomas G. Reynolds IV*

Kyle A. Petersen (*Pro Hac Vice*)
Illinois Bar No. 6275689
SEYFARTH SHAW LLP
233 S. Wacker Drive, Suite 8000
Chicago, IL 60606-6448
Telephone: (312) 460-5000
Email: kpetersen@seyfarth.com

Thomas G. Reynolds IV (*Pro Hac Vice*)
Georgia Bar No. 601898
SEYFARTH SHAW LLP
1075 Peachtree Street, N.E., Suite 2500
Atlanta, Georgia 30309-3958
Telephone: (404) 885-1500
Email: treynolds@seyfarth.com

Mitchel T. Denham
McBRAYER PLLC
500 W. Jefferson Street, Suite 2400
Louisville, KY 40202
Telephone: (502) 327-5400
Email: mdenham@mcbrayerfirm.com

Attorneys for Defendant

Date: June 3, 2026

SO ORDERED:

2

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF KENTUCKY
### LOUISVILLE DIVISION

| | | |
|---|---|---|
| FRED L. MCDOWELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO.  3:23-cv-00599-GNS-RSE |
| | ) | |
| RAYTHEON COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on June 3, 2026, I electronically filed the foregoing AGREED ORDER OF DISMISSAL WITH PREJUDICE with the Clerk of Court using the CM/ECF system, which will send notice of such filing to the following counsel of record:

> Samuel R. Nicholson
> Sam Nicholson Law Office, PLLC
> 6013 Brownsboro Park Blvd., Suite B
> Louisville, Kentucky 40207
> sam@nichfirm.com

*/s/ Thomas G. Reynolds IV*
Attorney for Defendant