**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

|  |  |  |
|---|---|---|
| FRED L. MCDOWELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:23-cv-00599-GNS-RSE |
| | ) | |
| RAYTHEON COMPANY | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**AGREED ORDER OF DISMISSAL WITH PREJUDICE**

Plaintiff, FRED L. McDOWELL, and Defendant, RAYTHEON COMPANY, by their attorneys and pursuant to Fed. R. Civ. P. 41(a)(1), hereby jointly stipulate to the dismissal with prejudice of all of Plaintiff's claims against Raytheon in their entirety. The parties further stipulate that this dismissal shall operate as an adjudication on the merits as to all of Plaintiff's claims against Raytheon. Each party shall bear his or its own attorney's fees and costs.

**Greg N. Stivers, Judge**
**United States District Court**

June 5, 2026

[Signatures on Following Page]

Respectfully and jointly submitted,

| FRED L. McDOWELL | RAYTHEON COMPANY |
|---|---|
| By: *s/ Samuel R. Nicholson (w/ permission)* | By: *s/ Thomas G. Reynolds IV* |
| Samuel R. Nicholson<br>SAM NICHOLSON LAW OFFICE, PLLC<br>6013 Brownsboro Park Blvd., Suite B<br>Louisville, Kentucky 40207<br>Telephone: (502) 296-4745<br>Email: sam@nichfirm.com | Kyle A. Petersen (*Pro Hac Vice*)<br>Illinois Bar No. 6275689<br>SEYFARTH SHAW LLP<br>233 S. Wacker Drive, Suite 8000<br>Chicago, IL 60606-6448<br>Telephone: (312) 460-5000<br>Email: kpetersen@seyfarth.com |
| Attorney for Plaintiff | Thomas G. Reynolds IV (*Pro Hac Vice*)<br>Georgia Bar No. 601898<br>SEYFARTH SHAW LLP<br>1075 Peachtree Street, N.E., Suite 2500<br>Atlanta, Georgia 30309-3958<br>Telephone: (404) 885-1500<br>Email: treynolds@seyfarth.com |
| | Mitchel T. Denham<br>McBRAYER PLLC<br>500 W. Jefferson Street, Suite 2400<br>Louisville, KY 40202<br>Telephone: (502) 327-5400<br>Email: mdenham@mcbrayerfirm.com |
| | Attorneys for Defendant |

Date: June 3, 2026

SO ORDERED:

2